1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE DISTRICT OF ARIZONA

6

| | |
|---|---|
| Alliance Labs, LLC, an Arizona limited liability company, and Enemeez, Inc., an Arizona corporation, | Case No. 2:12-cv-00927-JWS<br>Case No. 2:13-cv-01368-PHX-SRB |
| Plaintiffs, | |
| vs. | **AGREED ORDER OF DISMISSAL** |
| Stratus Pharmaceuticals, Inc., a Florida corporation, | |
| Defendant. | |

7
8
9
10
11
12
13
14
15
16

WHEREAS, Plaintiffs Alliance Labs, LLC and Enemeez, Inc. ("Plaintiffs") filed a complaint against Defendant Stratus Pharmaceuticals, Inc. ("Defendant"), alleging false advertising in violation of Section 43(A)(1)(b) of the Lanham Act, 15, U.S.C. § 1125(A)(1)(b); unfair competition in violation of Section 43(A)(1)(a) of the Lanham Act, 15, U.S.C. § 1125(A)(1)(a); unfair competition in violation of the common law of Arizona and other states in which Defendant are conducting activities concerning the marketing and promotion their Vacuant™ Mini-Enema and Vacuant™ Plus Mini-Enema products; trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(a); state law trademark infringement in violation of the common law of the State of Arizona and A.R.S. § 44-1441 *et seq*. and the common law of other States in which Defendant is conducting its activities; copyright infringement and unjust enrichment; and

17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Defendant filed claims and counterclaims against the Plaintiffs, alleging false advertising in violation of Section 43(A)(1)(b) of the Lanham Act, 15,

U.S.C. § 1125(A)(1)(b); unfair competition in violation of Section 43(A)(1)(a) of the Lanham Act, 15, U.S.C. § 1125(A)(1)(a); unfair competition in violation of the common law and unjust enrichment, including claims that were raised in Case No. 2:13-cv-01368-PHX-SRB and consolidated into the above captioned case; and

WHEREAS, Plaintiffs and Defendant have entered into a settlement agreement disposing of this case, and resolving all issues and controversies to their mutual satisfaction; and

WHEREAS, as part of the settlement agreement, Plaintiffs and Defendant have agreed that all claims in the above-entitled and numbered action shall be dismissed with prejudice to re-filing, and without costs to any party, all parties to bear their own costs and attorney's fees; and

WHEREAS, Plaintiffs and Defendant further agree and consent that the Court shall retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   The parties shall comply with the terms of their settlement agreement entered into on October 9, 2013, the terms of which are incorporated by reference as if fully set forth.

2.   By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through October, 9, 2023.

AGREED ORDER OF DISMISSAL

1    3.    Except as provided for in paragraphs 1 and 2 above, this case is dismissed,

2   with prejudice, and each party shall bear its own attorney's fees and costs.

3

4    **IT IS SO ORDERED.**

5    DATED this 30th day of October 2013.

6

7                                                      /s/
                                        _____
                                        JOHN W. SEDWICK

8                                       UNITED STATES DISTRICT JUDGE

9

10  **APPROVED AS TO FORM AND SUBSTANCE:**

11  Dated:  October 21, 2013           FULBRIGHT & JAWORSKI LLP

12                                      By:   /s/ Saul Perloff
                                              _____

13                                            Saul H. Perloff
                                        **Attorneys for Plaintiffs**

14                                      **Alliance Labs, LLC and Enemeez, Inc.**

15

16  Dated:  October 21, 2013           WIEMELT KNECHTEL

17                                      By:   /s/ Mark Wiemelt*

18                                            Mark Wiemelt
                                              *Signed by Saul Perloff with the express

19                                            permission of Mark Wiemelt.
                                        **Attorneys for Defendant**

20                                      **Stratus Pharmaceutical, Inc.**

21

22  Dated:  October 21, 2013           LAW OFFICE OF XAVIER L. SUAREZ

23

24                                      By:   /s/ Xavier Suarez*
                                              Xavier Suarez

25                                            *Signed by Saul Perloff with the express
                                              permission of Xavier Suarez

26                                      **Attorneys for Defendant**

27                                      **Stratus Pharmaceutical, Inc.**

28

Page 3                                              AGREED ORDER OF DISMISSAL